107 MAP 2014

**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 297 MAL 2014
                                    :
             Petitioner           :
                                    : Petition for Allowance of Appeal from the
                                    : Order of the Superior Court
           v.                    :
                                    :
                                    :
MICHAEL RYAN BUDKA,           :
                                    :
            Respondent       :

## ORDER

**PER CURIAM**

       **AND NOW**, this 3rd day of September 2014, the Petition for Allowance of Appeal is **GRANTED**.  The issue, as stated by the Commonwealth, is:

       Whether the Superior Court acted in contravention to established case law and guiding principles when it conducted a speculative analysis of whether trial counsel's actions were reasonable under the circumstances?